IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SULINA MOLER,

      Plaintiff,

  vs.                                Civil Action 2:10-CV-115
                                      Judge Frost
                                      Magistrate Judge King

**ATTORNEY GENERALS VICTIMS
OF CRIME,**

      Defendant.

## ORDER and
## REPORT AND RECOMMENDATION

Plaintiff Selina Miller has filed an application for leave to proceed *in forma pauperis* and a complaint against "Attorney Generals Victim of Crime," complaining of certain actions taken, apparently, in connection with plaintiff's claims to funds.

Plaintiff's application for leave to proceed *in forma pauperis*, Doc. No. 1, is **GRANTED.** However, for the reasons stated *infra*, the Court concludes that it lacks jurisdiction to proceed in the action. *See* 28 U.S.C. §1915(e).

The complaint names as the single defendant a state agency over which this Court lacks jurisdiction by reason of the Eleventh Amendment to the United States Constitution. *See Alabama v. Pugh*, 438 U.S. 781 (1978). Moreover, the complaint fails to state a claim over which this Court would have jurisdiction. The complaint fails to assert a claim arising under the Constitution or laws of the United States. *See* 28 U.S.C. §1331. It does not appear that there is diversity of citizenship between the parties. *See* 28 U.S.C. §1332. This Court therefore lacks jurisdiction to entertain the claims asserted in the complaint.

It is therefore **RECOMMENDED** that the action be **DISMISSED.**

If any party seeks review by the District Judge of this *Report and Recommendation,* that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation,* specifically designating this *Report and Recommendation,* and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1); F.R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. F.R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation.* *See Thomas v. Arn,* 474 U.S. 140 (1985); *Smith v. Detroit Federation of Teachers, Local 231 etc.,* 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).


February 10, 2010                          *s/Norah McCann King*
                                                Norah M$^c$Cann King
                                   United States Magistrate Judge